# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2013

147384 & (40)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SAL-MAR ROYAL VILLAGE, L.L.C.,
          Plaintiff-Appellee,

v

MACOMB COUNTY TREASURER,
          Defendant-Appellant.

SC: 147384
COA: 308659
Macomb CC: 2011-004061-AW

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the May 30, 2013 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of whether the plaintiff's complaint for relief falls under the exclusive jurisdiction of the Michigan Tax Tribunal pursuant to MCL 205.731. See *Hillsdale Senior Servs v Hillsdale Co*, 494 Mich 46 (2013).

We retain jurisdiction.

VIVIANO, J., did not participate because he presided over this case in the circuit court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013



t1113

Clerk